IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

UNITED STATES OF AMERICA                    :

           VS.                              :          Crim. No. 2:09 mj 373

_____wight_____          :
        Defendant

### ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to

remain silent and to have counsel present at any and all of my interactions with the government

or others acting on the government's behalf. I do not wish to, and will not, waive any of my

constitutional rights except in the presence of counsel. I do not want the government or others

acting on the government's behalf to question me, or to contact me seeking my waiver of any

rights, unless my counsel is present.


_____          _____
(Defendant's signature)                        (Attorney's signature)


___FPO Benjamin McMurry_____
(Attorney's name/address printed)


Date:__12|9|09_____          Time:__1:30_____ a.m. /(p.m.)