BRETT L. TOLMAN, United States Attorney (#8821)
JOHN W. HUBER, Assistant United States Attorney (#7226)
Attorneys for the United States of America
185 South State Street, Suit 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT
2009 DEC 16  P 4:07

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | INDICTMENT |
|---|---|---|
| Plaintiff, | : | VIOS: 18 U.S.C. § 875(c), THREATS IN INTERSTATE COMMERCE; 26 U.S.C. §7212, INTERFERENCE WITH ADMINISTRATION OF INTERNAL REVENUE LAWS. |
| vs. | : | |
| MICHAEL LEE WIGHT, | : | |
| Defendant. | : | |

Case: 2:09-cr-00930
Assigned To : Kimball, Dale A.
Assign. Date : 12/16/2009
Description: USA v.

The Grand Jury charges:

## COUNT I

On or about November 4, 2009, in the Central Division of the District of Utah,

**MICHAEL LEE WIGHT,**

did knowingly transmit in interstate and foreign commerce via the world wide web, a

1

communication on his MySpace web page directed to an individual (whose name is known to the grand jury) employed with the Internal Revenue Service, and the communication contained a threat to injure that person, to include "I got Your Vengance and Justice Coming to You all with My Guns Bitches!!!! These Guns and others like them will Insure Your Death and the return of Freedom in America!..." All in violation of Section 875(c) of Title 18 of the United States Code.

## COUNT II

On or about November 4, 2009, in the Central Division of the District of Utah,

**MICHAEL LEE WIGHT**,

did corruptly by threats of force endeavor to intimidate and impede agents of the IRS, acting in their official capacity under Title 26, United States Code, by threatening to kill an agent of the IRS, in violation of Title 26, United States Code, Section 7212(a).

A TRUE BILL:

_____/S/_____
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

_____
JOHN W. HUBER
Assistant United States Attorney